**Appeal Reinstated, Motion Granted, Judgment Vacated, and Memorandum Opinion filed February 4, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-20-00257-CV

---

## DENTON TRANSITIONAL LTCH, L.P., Appellant

### V.

## DALLAS METRO SURGERY CENTER, LLC AND ELITE ORTHOPEDIC AND SPINE SURGERY CENTER, LLC, Appellees

---

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2019-21147**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed March 17, 2021. We abated the appeal on December 15, 2020, for the parties to finalize their settlement agreement. On January 22, 2021, the parties filed a joint motion asking this court to render judgment effectuating their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(A). Specifically, they ask that we vacate the trial court's judgment and dismiss the

underlying case with prejudice. *See* Tex. R. App. P. 43.2(e).

We reinstate the appeal and grant the motion. Per the parties' agreement:

1. The trial court's March 17, 2020 final judgment is vacated.

2. The underlying cause is dismissed with prejudice.

3. All costs of court and attorney's fees in the underlying cause and in this appeal shall be borne by the party that incurred such costs and fees, and no party shall be responsible for any attorneys' fees and costs of court incurred by any other party.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Poissant.